984

No. 782. GOLDMAN ET AL. *v.* H. HARRIS & Co., INC., ET AL. C. A. 1st Cir. Certiorari denied. *Sigmund Timberg* for petitioners. *Richard Maguire* and *John L. Saltonstall, Jr.* for respondents.

No. 785. HARTSHORN *v.* DISTRICT OF COLUMBIA REDEVELOPMENT LAND AGENCY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David E. Hartshorn pro se. Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.

No. 788. HENSLEE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph W. Cash* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 807. INTERNATIONAL SHOE Co. *v.* FONTENOT, COLLECTOR OF REVENUE. Supreme Court of Louisiana. Certiorari denied. *C. V. Porter, L. W. Brooks, F. W. Middleton, Jr.* and *B. B. Taylor, Jr.* for petitioner. *Robert L. Roland* for respondent.

No. 789. EATON ET AL. *v.* BOARD OF MANAGERS OF THE JAMES WALKER MEMORIAL HOSPITAL ET AL. C. A. 4th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. *Thurgood Marshall, Jack Greenberg* and *Conrad O. Pearson* for petitioners. *Louis J. Poisson, Jr.* for the James Walker Memorial Hospital, and *I. Beverly Lake* and *James B. Swails* for the City of Wilmington, N. C., et al., respondents.